IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MARK W. DOBRONSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-10297 |
| | ) | |
| v. | ) | Hon. Judge George Caram Steeh |
| | ) | |
| RATAN BAID, and VIVEK | ) | Magistrate Judge David R. Grand |
| Baid, d/b/a ELD MANDATE, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, on February 29, 2024, the following counsel

shall appear on record on behalf of Defendants Ratan Baid and Vivek Baid d/b/a

ELD Mandate in the above-captioned matter:


| | |
|---|---|
| ETHAN E. RII | ISAAC J. COLUNGA |
| MI License No. P64683 | IL Bar No. 6289253 (admitted to E.D. Mich.) |
| (312) 726-8124 | (312) 726-7157 |
| ethan.rii@icemiller.com | isaac.colunga@icemiller.com |
| **ICE MILLER LLP** | **ICE MILLER LLP** |
| 200 W. Madison St., Ste. 3500 | 200 W. Madison St., Ste. 3500 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| *Appearing as Local Counsel* | *Appearing as Lead Counsel* |

1

Respectfully submitted,

*/s/ Isaac J. Colunga*

Isaac J. Colunga
**ICE MILLER LLP**
200 W. Madison St., Ste. 3500
Chicago, IL 60606
(312) 726-1567
isaac.colunga@icemiller.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on February 29, 2024, she caused the foregoing *Notice of Appearance* to be filed with the Clerk of the United States District Court for the Eastern District of Michigan, a copy of which will be served on all counsel of record via the Clerk's CM/ECF system, and further caused the foregoing to be served on the following *pro se* plaintiff via email:

**Mark W. Dobronski**
P.O. Box 222
Dexter, MI 48130-0222
(734) 330-9671
markdobronski@yahoo.com

*Plaintiff, pro se*

/s/ Sophie Honeyman