IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK W. DOBRONSKI, | )<br>) |
| Plaintiff, | )  Case No. 24-cv-10297<br>) |
| v. | )  Hon. Judge George Caram Steeh<br>) |
| RATAN BAID, and VIVEK BAID,<br>d/b/a ELD MANDATE, | )  Magistrate Judge David R. Grand<br>)<br>) |
| Defendants. | ) |

**STIPULATION FOR SECOND EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Plaintiff Mark W. Dobronski, proceeding *pro se*, and Defendants Ratan Baid and Vivek Baid d/b/a ELD Mandate, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and E.D. Mich. L.R. 7.1, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint on February 5, 2024, alleging violations of the Telephone Consumer Protection Act and the Michigan Home Solicitation Sales Act. (Dkt. 1).

2. Defendants' answer or other pleading was initially due no later than March 1, 2024.

3. After conferring in good faith, the parties filed a Stipulation for Extension of Time to Answer or Otherwise Plead on February 29, 2024, thus extending Defendants' deadline to April 1, 2024. (Dkt. 9).

4. Plaintiff and Defendants' counsel again conferred in good faith on March 26, 2024, whereby the parties agreed to grant Defendants an additional seven days to answer or otherwise plead.

5. As a result, the parties hereby stipulate that Defendants' answer or other pleading shall now be due on or before Monday, April 8, 2024.

6. This stipulation is made before the time for Defendants to respond expires, in accordance with Local Rule 7.1 and Federal Rule of Civil Procedure 6(b)(1)(A).

Respectfully and jointly submitted,

| | |
|---|---|
| **MARK W. DOBRONSKI** | **RATAN BAID and VIVEK BAID d/b/a ELD MANDATE** |
| By: */s/ Mark W. Dobronski* <br> Mark W. Dobronski, *pro se* | By: */s/ Isaac J. Colunga* <br> One of Their Attorneys |
| P.O. Box 222 <br> Dexter, MI 48130-0222 <br> (734) 330-9671 <br> markdobronski@yahoo.com | Isaac J. Colunga <br> **TAFT LAW** <br> 111 E. Wacker Dr., Ste. 2600 <br> Chicago, IL 60601 <br> (312) 527-4000 <br> icolunga@taftlaw.com |
| *Plaintiff, pro se* | *Counsel for Defendants* |

DATED: March 28, 2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2024 he caused the foregoing ***Stipulation for Second Extension of Time to Answer or Otherwise Plead*** to be filed with the Clerk of the United States District Court for the Eastern District of Michigan, a copy of which will be served on all counsel of record via the Clerk's CM/ECF system, and further caused the foregoing to be served on the following *pro se* plaintiff via email:

Mark W. Dobronski
P.O. Box 222
Dexter, MI 48130-0222
(734) 330-9671
markdobronski@yahoo.com

*Plaintiff, pro se*

/s/ Isaac J. Colunga