# EXHIBIT 1



Articles    People    Learning    Jobs    Get the app



# Mark Dobronski

--

Detroit Metropolitan Area · **Contact Info**

4 followers · 1 connection

 **See your mutual connections**

Join to view profile      ✈ **Message**

 **Adrian & Blissfield Rail Road Company**

## Experience

 **President and Chief Executive Officer**
Adrian & Blissfield Rail Road Company
Oct 2002 - Present · 21 years 7 months
Michigan, United States

 **Judge**
Maricopa County
Nov 1998 - Sep 2002 · 3 years 11 months

Maricopa County, Arizona, United States

**Administrator**
Arizona Department of Corrections
Aug 1986 - Nov 1998 · 12 years 4 months
Phoenix, Arizona, United States

# View Mark's full profile

See who you know in common

Get introduced

Contact Mark directly

Join to view full profile

## LinkedIn is better in the new Windows app



Use the Windows app for a faster and more seamless experience.

Get the Windows app

# People also viewed

**Janet Randazzo**

Working

Detroit, MI



### Shaun L.

Director of Operations-Investigations & Security

Greater Bismarck Area



### Francesco Viola

Detroit Metropolitan Area



### Charles Shelton

Rocklin, CA

Connect

### Elaine McCloud, MBA

President & CEO at McCloud Transportation & Associates

Odessa, FL

Connect

### Carlos Antonio (Flo) Flores

San Diego, CA

Connect

### Robert Maggard

New Canaan, CT

Connect

### Randy Vernon

Big G Express, Inc.

Shelbyville, TN

Connect

### Dick Alexander

4/2/24, 11:21 AM    Mark Dobronski - President and Chief Executive Officer - Adrian & Blissfield Rail Road Company | LinkedIn

Case 2:24-cv-10297-GCS-DRG   ECF No. 13-2, PageID.87   Filed 04/08/24   Page 5 of 5

Cincinnati, OH

( **Connect** )

### Kevin Seidl

Greater Tampa Bay Area

( **Connect** )

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

( **Explore More** )

© 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language