UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI, <br><br> Plaintiff, <br><br> v. <br><br> RATAN BAID and VIVEK BAID, <br> d/b/a ELD MANDATE, <br><br> Defendants. | Case No. 24-cv-10297 <br><br> District Judge Steeh <br><br> Magistrate Judge Grand |

### ORDER REGARDING PARTIES STIPULATION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

This matter, having come before the Court on the parties' Stipulation for Second Extension of Time To Answer or Otherwise Plead [ECF No. 13] (the "Stipulation") and the Court being otherwise apprised:

IT IS HEREBY ORDERED that the relief sought by the Stipulation is granted and that Defendants' answer or other pleading shall now be due on or before Monday, April 16, 2024.

George Caram Steeh <br>
Judge George Caram Steeh <br>
United States District Judge

Dated:  April 9, 2024