UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. **24-cv-10297** |
| Plaintiff, | Honorable George Caram Steeh<br>United States District Judge |
| v. | |
| **RATAN LAL BAID** and<br>**VIVEK BAID**<br>d/b/a **ELD MANDATE**, | Honorable David R. Grand<br>United States Magistrate Judge |
| Defendants. | |

_____

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

Plaintiff, MARK W. DOBRONSKI, appearing *in propria persona*, and pursuant to E.D. Mich. LR 11.2, hereby gives notice to the Clerk and all parties of his change of address and contact information, as follows:

>  Mark W. Dobronski
>  Post Office Box 99
>  Dexter, Michigan 48130-0099
>
>  Telephone:  (734) 641-2300
>  Email:  markdobronski@yahoo.com

All parties are reminded that, as a *pro se* party, Plaintiff does not receive service of papers and filings via the Court's CM/ECF system, but must be served by traditional paper copy sent via United States Mail.  See Electronic Filing Policies and

1

Procedures, Eastern District of Michigan, Rule R9(e).

                                            Respectfully submitted,

Dated: April 29, 2024                     _____
                                            Mark W. Dobronski
                                            Post Office Box 99
                                            Dexter, Michigan 48130-0099
                                            Telephone: (734) 641-2300
                                            Email: markdobronski@yahoo.com
                                            Plaintiff *In Propria Persona*


## **CERTIFICATE OF SERVICE**

      I hereby certify that on **April 29, 2024**, I electronically filed the foregoing *Plaintiff's Notice of Change of Address* with the Clerk of the Court via the Court's Pro Se Document Upload utility, which will send notification of such filing to all counsel of record via the CM/ECF system.

                                            _____
                                            Mark W. Dobronski